[Nos. 40585-7-II; 40925-9-II.  Division Two.  October 18, 2011.]

SOUNDBUILT NORTHWEST, LLC, *Respondent*, v. THOMAS PRICE
ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 08-2-05542-1, Katherine M. Stolz, J., entered
April 2, 2010. *Reversed* and *remanded with instructions* by
unpublished opinion per Quinn-Brintnall, J., concurred in
by Penoyar, C.J., and Hunt, J.

[No. 40903-8-II.  Division Two.  October 18, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. FAWN ALMA BRIDGES,
*Respondent*.

Appeal from a judgment of the Superior Court for Jeffer-
son County, No. 10-1-00005-0, Craddock D. Verser, J., entered
June 18, 2010. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 40992-5-II.  Division Two.  October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JARROD A.
AIRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 10-1-00175-4, F. Mark McCauley, J.,
entered July 12, 2010. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-
Brintnall, J.

[No. 41065-6-II.  Division Two.  October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NINA N.
BRETTHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 10-1-00051-1, Gordon Godfrey, J., en-
tered August 9, 2010. *Affirmed* by unpublished opinion per
Johanson, J., concurred in by Worswick, A.C.J., and Quinn-
Brintnall, J.